# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:14-cv-00022-FDW-DSC

| | | |
|---|---|---|
| **JERRON KNOX,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER TO STAY PROCEEDINGS** |
| **TARGET CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

The Court has reviewed the Parties' Joint Stipulation to Stay Proceedings, (Doc. No. 11), filed April 10, 2014. In the Stipulation, the Parties submit that the instant action arises from a subject data breach in judicial districts across the country and is one of over 100 other known cases currently pending against Target Corporation. (Doc. No. 11, ¶ 2). The United States Judicial Panel on Multidistrict Litigation (JPML) transferred and consolidated thirty-three (33) of the known cases to the District of Minnesota and identified the remaining, including this action, as "tag-along" cases. (Doc. No. 11-A). Pursuant to the JPML's April 4, 2014, Order, "tag-along" cases will also be transferred to the District of Minnesota if no objection is received by April 11, 2014. (Doc. No. 11-B). The Parties also jointly submit that they will not object to the JPML's Order, and therefore agree this action be stayed until such time as the case is transferred to the District of Minnesota. (Doc. No. 11, ¶¶ 4, 5).

The Court is required to weigh the "competing interests and maintain an even balance" when considering whether to stay proceedings. Landis v. N. Am. Co., 299 U.S. 248, 254-55 (1936). For the reasons set forth in the Parties Joint Stipulation to Stay Proceedings, this Court

ORDERS that all proceedings and deadlines in the instant case are STAYED for thirty (30) days

pending transfer to the District of Minnesota pursuant to the JPML Conditional Transfer Order.

(Doc. No. 11-B).

IT IS SO ORDERED.

Signed: April 14, 2014

Frank D. Whitney
Chief United States District Judge